L & H TRANSPORT, INC., Appellant,

v.

The DREW AGENCY, INC., Defendant and Third Party Plaintiff, Respondent,

v.

CHUBB AND SONS, INC., Third Party Defendant, Respondent,

and

L & H TRANSPORT, INC., Appellant,

v.

CHUBB & SONS, INC., Respondent.

No. C6–85–104.

Supreme Court of Minnesota.

April 1, 1986.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Court of Appeals be, and the same is, hereby affirmed. *See Henning Nelson Const. Co. v. Fireman's Fund American Life Ins. Co.*, 383 N.W.2d 645 (Minn., filed March 21, 1986).